Law Offices of Aldon Bolanos
Aldon L. Bolanos, Esq., SBN. 233915
Nine Twenty-Five "G" Street
Sacramento, California 95814
PH.  916.446.2800
Fx.  916.446.2828
WWW.ALDONLAW.COM

Attorney for Plaintiff Jeff NIELSON



United States District Court

Eastern District of California

Fresno Division

| | |
|---|---|
| Jeff NIELSON,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>Lawrence BEAVER, Paul CARROLL, Carrollton Mortgage Co., Does 1-10,<br><br>Defendants. | Case No. 1:13-CV-01977-AWI-GSA<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**<br><br>Courtroom 2, 8th Floor<br>Hon. Anthony W. Ishii |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jeff Nielson dismisses with prejudice all Defendants from this action, case number 1:13-CV-01977-AWI-GSA.

Dated: January 7, 2014

**LAW OFFICES OF ALDON L. BOLANOS**

1 | **/s/ Aldon L. Bolanos, Esq.**
2 | Aldon L. Bolanos, Esq.
  | Attorney for Plaintiff
3
4
5
6
7         It is so Ordered. Dated: /- 7- /4
8         _____
9         United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2